# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2022

### NO. 03-22-00462-CV

**E. L., Appellant**

**v.**

**Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order terminating parental rights signed by the trial court on July 5, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.